**Opinion issued May 1, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00290-CV

————————————

### IN RE CLARENCE GRAY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator has filed a petition for writ of mandamus, complaining that the trial court abused its discretion by granting a motion for summary judgment.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

---

[1] The underlying case is *Clarence Gray v. Hancock Mortgage Partners, LLC, et. al*, cause no. 22-CV-1677, pending in the 405th District Court of Galveston County, the Honorable Jared Robinson presiding.